ORIGINAL

1  Burton V McCullough, Esq (CA SBN 41462)
2  4205 Encinas Drive
   La Cañada Flintridge, California 91011-3108
3  Telephone    (818) 952-5596
4  Facsimile    (818) 952-5597
   E-mail       chexrex@aol com
5
6  Attorney for Plaintiffs

FILED
CLERK, US DISTRICT COURT
OCT 16 2002
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| | |
|---|---|
| EDGAR R. ALLEY, et al., | Case No ED CV 02-57 RT (RZx) |
| Plaintiffs, | |
| vs | *EX PARTE* APPLICATION AND ORDER ~~EXTENDING TIME WITHIN WHICH TO FILE THIRD AMENDED COMPLAINT~~ DENYING the Application. |
| TOM MILLER, et al , | |
| Defendants | |

ENTER ON ICMS
OCT 21 2002

1

*EX PARTE* APPLICATION AND ORDER EXTENDING TIME WITHIN WHICH TO FILE
THIRD AMENDED COMPLAINT

1  The plaintiffs apply to this Court *ex parte* for an Order extending time to file a third amended complaint for thirty days to and including November 6, 2002. The request is based upon the following matters

On September 13, 2002, this Court granted in part and denied in part First Mountain Bank's motion to dismiss the second amended complaint, granting the plaintiffs leave to file a third amended complaint within twenty-three days from the date of the order. The plaintiffs counsel, Terrance L. McCauley, is withdrawing as counsel for the plaintiffs, and Burton V. McCullough is being substituted in as new counsel. Substitutions of attorney have been sent to all plaintiffs, totaling sixty-five individuals, and one business entity, the plaintiffs residing from Alaska to the East coast. Two of the plaintiffs, Donna and Johnny Millard, have signed the substitutions, copies of which are attached hereto, and pending receipt and signing of the substitutions by Mr. McCauley, Mr. McCauley has signed a consent to the substitutions, a copy of which is also attached hereto. Counsel will file the substitutions as soon as they are received

When counsel spoke with Mr. McCauley on Friday, October 4, 2002, regarding this matter, he asked Mr. McCauley to contact Tim Lambirth, counsel for First Mountain Bank, and ask that Mr. Lambirth stipulate to an extension of thirty days for new counsel to file the third amended complaint. Counsel learned Friday evening that Mr. Lambirth refused to so stipulate, necessitating this application. Counsel has faxed and mailed a copy of this application to Mr. Lambirth this day

Counsel has just recently within the last few days had the opportunity of speaking with some of the clients, preparing a fee agreement and other necessary papers, including the substitutions of attorney, and conferring with Mr. McCauley. Mr. McCauley is sending the file to counsel immediately. Counsel must still obtain permission from the clients to represent them, and must gather sufficient information to amend the complaint to meet the issues discussed by the Court in its Order regarding the motion to dismiss. Mr. McCauley has informed counsel that the file is extensive, and it will take some time for counsel to review it. In the meantime, counsel is preparing for trial on November 12, 2002, in the case entitled *Richard D. Hoffman v. Bank of America*, filed in Los Angeles County Superior Court, Department 45, Judge Mel Recana, in addition to handling several other matters

This is the first extension sought by counsel, is timely, and is necessary to allow sufficient time to properly and adequately represent the plaintiffs in this matter and to file the third amended complaint permitted by the Court

1

*EX PARTE* APPLICATION AND ORDER EXTENDING TIME WITHIN WHICH TO FILE
THIRD AMENDED COMPLAINT

The plaintiffs respectfully request that the Court grant an additional thirty days within which to file the third amended complaint

Dated: October 7, 2002

*Burton V. McCullough*
Burton V McCullough
Attorney for Plaintiffs

## ORDER

Having considered the plaintiffs *ex parte* application for an extension of time to file a third amended complaint, ~~and finding good cause therefore;~~ *defendant First Mountain Bank's opposition,*

IT IS HEREBY ORDERED that the plaintiffs ~~have to and including November 6, 2002 within which to file the third amended complaint~~ *ex parte application is denied. Plaintiffs must comply with Rule 6(b)(2) of the Federal Rules of Civil Procedure.*

Dated: 10/16/02

*Robert J. Timlin*
United States District Judge

2

*EX PARTE APPLICATION AND ORDER EXTENDING TIME WITHIN WHICH TO FILE THIRD AMENDED COMPLAINT*

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to this cause. My business address is 4205 Encinas Drive, La Cañada Flintridge, California 91011-3108

On October 7, 2002, I served the document described as EX PARTE APPLICATION AND ORDER EXTENDING TIME WITHIN WHICH TO FILE THIRD AMENDED COMPLAINT, on the interested party or parties in this cause by

[ ]  placing the original thereof in a sealed envelope addressed as indicated on the attached Service List

[X]  placing a true copy in a sealed envelope addressed as indicated on the attached Service List

    [X]  [REGULAR MAIL] I deposited the envelope(s) in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service, at La Cañada Flintridge, California, with postage paid

    [ ]  [EXPRESS MAIL] I deposited the envelope(s) in a post office, mailbox, subpost office, substation or mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail, at La Cañada Flintridge, California, with Express Mail postage paid

    [ ]  [OVERNIGHT DELIVERY] I deposited the envelope(s) in a box or other facility regularly maintained by [ ] Federal Express [ ] United Parcel Service in an envelope or package designated by the express service carrier, at La Cañada Flintridge, California, with delivery fees paid or provided for

    [ ]  [HAND DELIVERY] I personally delivered the envelope(s) to counsel

[X]  transmitting, at La Cañada Flintridge, California, the document to a facsimile machine maintained by the person on whom the document is served at the facsimile machine telephone number indicated on the attached Service List

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Dated  October 7, 2002  
La Cañada Flintridge, California  
                                               Burton V McCullough

1

*EX PARTE* APPLICATION AND ORDER EXTENDING TIME WITHIN WHICH TO FILE THIRD AMENDED COMPLAINT

## SERVICE LIST

[ ]   Original served on

[X]   Copy served on

Timothy A Lambirth, Esq            Dennis Shollenburg
Ivanjack & Lambirth, LLP           In Pro Per
500 South Grand Avenue, 21st Floor 703 Inverness Drive
Los Angeles, California 90071-0904 Rancho Mirage, California 92270

Terrance L McCauley, Esq
21975 S Woodland Way
Estacada, Oregon 97023

[X]   Facsimile served on

Timothy A Lambirth, Esq            Terrance L McCauley, Esq
Ivanjack & Lambirth, LLP           21975 S Woodland Way
500 South Grand Avenue, 21st Floor Estacada, Oregon 97023
Los Angeles, California 90071-0904 (503) 630-6891
(213) 624-1999

*EX PARTE* APPLICATION AND ORDER EXTENDING TIME WITHIN WHICH TO FILE THIRD AMENDED COMPLAINT

Case 5:02-cv-00057-AHM-RZ   Document 73   Filed 10/16/02   Page 6 of 9   Page ID #:39
FROM :                        FAX NO.                      Oct 05 2002 06:09PM P3
      Oct 05 02 05:12p        ton V McCullough, Esq  (818) 52-5597    p.37

Burton V McCullough, Esq (CA SBN 41462)
4205 Encinas Drive
La Cañada Flintridge California 91011
Telephone     (818) 952-5596
Facsimile     (818) 952-5597
E-mail        chexrex@aol.com

Attorney for Plaintiff Donna J Millard

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EDGAR R ALLEY, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | ED CV 02-57 RT (RZx) |
| v | |
| TOM MILLER, et al , | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

Donna J Millard                                    ☒ Plaintiff ☐ Defendant ☐ Other _____
        Name of Party

hereby substitutes Burton V McCullough _____ who is

☒ Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per  4205 Encinas Drive
                                                          Street Address

La Cañada California 91011    (818) 952-5596    (818) 952-5597    CA 41462
   City State Zip Code         Telephone Number   Facsimile Number   Cal Bar Number

as attorney of record in the place and stead of Terrance L McCauley
                                                    Present Attorney

Dated October 5, 2002                           _____
                                                       Signature of Party

I have given proper notice pursuant to Local Rule 83-2 9 2 and further consent to the above substitution

Dated October ___ 2002                          _____
                                                   Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2 8

Dated October 7 2002                            _____
                                                   Signature of New Attorney

Substitution of Attorney is hereby ☒ Approved. ☐ Denied

Dated 10/9/02                                   _____
                                                United States District Judge / Magistrate Judge

NOTICE TO COUNSEL   If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address
                    since your enrollment, you must complete an Enrollment/Update Form G-74 to ensure that documents are served to the
                    proper facsimile number or e-mail address This form, as well as information about the Optical Scanning Program, is
                    available on the Court's website at www.cacd.uscourts.gov

SUBSTITUTION OF ATTORNEY

G 01 (08/02)

Burton V McCullough, Esq (CA SBN 41462)
4205 Encinas Drive
La Cañada Flintridge, California 91011
Telephone (818) 952-5596
Facsimile (818) 952-5597
E-mail chexxex@aol.com

Attorney for Plaintiff Johnny W Millard

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EDGAR R ALLEY, et al , | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | ED CV 02-57 RT (RZx) |
| v | |
| TOM MILLER, et al , | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

Johnny W Millard _____ ☒ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

hereby substitutes Burton V McCullough _____ who is

☒ Retained Counsel ☐ Court Appointed Counsel ☐ Pro Per 4205 Encinas Drive
*Street Address*

La Cañada, California 91011 _____ (818) 952-5596 _____ (818) 952-5597 _____ CA 41462
*City, State, Zip Code* _____ *Telephone Number* _____ *Facsimile Number* _____ *State Bar Number*

as attorney of record in the place and stead of Terrance L McCauley
*Present Attorney*

Dated October 5 2002 _____ /s/ Johnny W. Millard
*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9 2 and further consent to the above substitution

Dated October __ 2002 _____
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8

Dated October 7 2002 _____ /s/ Burton V. McCullough
*Signature of New Attorney*

Substitution of Attorney is hereby ☒ Approved. ☐ Denied.

Dated 10/9/02 _____ /s/ Robert J. Timlin
United States District Judge / ~~Magistrate Judge~~

NOTICE TO COUNSEL If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program is available on the Court's website at www.cacd.uscourts.gov

SUBSTITUTION OF ATTORNEY

G-01 (08/02)

1  Terrance L. McCauley, OSB #70088
2  Attorney at Law
   21975 S. Woodland Way
3  Estacada, OR 97023
   (503) 630-7736
4
   Attorney for Plaintiffs
5

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR R. ALLEY, GAIL A. ANDERSON, GARY W. BERNHARDT, LORI BOSTWICK, TAMMIE L. BOSTWICK, TERRY BOSTWICK, TODD BOSTWICK, WAYNE BOSTWICK, LILIAN CABASAAN, KEITH A. CAMPISI, ROBERT H. CHARD, JACK CLEMENT, LINDA CLEMENT, DEBRA DAFFINSON, LETITIA L. DAHL, DARLENE DALY, DAVE DAWSON, DAVID DeTURK, MARK A. DONNELL, LOUISE K. ELLIOTT, DAVID FERWERDA, R. L. FREEBORN, J. L. GARDNER, HEATHER A. GOHDE, THE EVERGREEN COMPANY, a Trust, JOHN H. GREB, Managing Trustee and Michele L. GREB, General Manager, DONALD GREEN, PAUL KARL GREGORY, OTIS L. HANNAH, JUDIE HARTENSTEIN, JIM HATLEY, PAUL J. HEGEMANN, WILLIAM E. HEUBLEIN, WILLIAM D. HUBBARD, Jr., JERRY JENNINGS, IRA S. KAUFMAN, ROBERT KINKADE, LARRY KRUEGER, Dr. VINCENT KUMAR, LON LARSON, ROBERT A. LEE, MICHAEL F. MELLO, CONNIE A. MELLO, MICHAEL MIELCAREK, PHIL MIELCAREK, LEE MORRILL, SORIN NICKOLESCU, VYTAUTAS PILEIKA, PETER PISCHKE, | Case No. CV 02-57 RT (RZx)<br><br>CONSENT TO SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS' JOHNNY AND DONNA MILLARD |

**CONTINUED ON NEXT PAGE**

| | |
|---|---|
| JEFFREY PITTMAN, LARRY C. PITTMAN, LARRY RHEINLAENDER, JAMES RHEINLAENDER, DAVID L ROGERS, GAIL L ROGERS, DELBERT E. ROHN, MARY R SCHANOCK, JOHN SHEIN, PETER C. SHEIN, GERALDINE STANFILL, BEVERLY STOCCKETTI, D H STOKES, GREG THIESSEN, MERTON R TROYER, JAMES WALTERS, BECKY WAIBEL, KEN ZITEK, THOMAS McCORMICK, JOHNNY W. MILLARD, DONNA J MILLARD, SHARON D. SWISHER, STEVE FIELDS, ANDREW McINTYRE CHARLOTTE McINTYRE EVELYN STUKENHOLTZ and OPM Accounting Services, Lamar Cable, General Trust Manager, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v | ) ) |
| TOM MILLER, GIDEON GROUP, DENNIS L SHOLLENBURG, individually and FIRST MOUNTAIN BANK, a California Licensed Bank, | ) ) ) ) ) |
| Defendants. | ) |

Comes now Terrance L McCauley, attorney for Plaintiffs in the above referenced matter, and consents to the substitution of attorney Burt McCullough for Plaintiffs' Johnny and Donny Millard in the above entitled proceeding

DATED this 6th day of October, 2002

Terrance L. McCauley, OSB#70088
Attorney for Plaintiffs

Page 2 —Consent to Substitution of Attorney - Millard

Terrance L. McCauley ● Attorney & Counselor at Law ● 21976 S Woodland Way ● Estacada, OR 97023 ● Voice. (503) 630-7736