1  **Burton V. McCullough, Esq. (SBN 41462)**
2  **4205 Encinas Drive**
   **La Cañada Flintridge, California 91011-3108**
3  **Telephone  (818) 952-5596**
   **Facsimile   (818) 952-5597**
4  **E-mail       lexchexrex@sbcglobal.net**

5  **Attorney for** Plaintiffs

6

7

8                    **UNITED STATES DISTRICT COURT**
9                     **CENTRAL DISTRICT OF CALIFORNIA**
10

11  EDGAR R. ALLEY, et al.,            ) CASE NO. ED CV 02-0057-AHM (RZx)
                                       )
12                                     )
                      Plaintiffs,      )
13                                     ) **ORDER DISMISSING ACTION**
14          vs.                        ) **WITHOUT PREJUDICE**
                                       )
15  TOM R. MILLER, et al.,             )
                                       )
16                                     )
                      Defendants.      )
17  _____)
                                       )
18                                     )
    AND RELATED CROSS-CLAIMS           )
19                                     )
20

21

22

23

24

25

26

27

28

_____
**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE**

| | |
|---|---|
| 1 | The motion to dismiss the action without prejudice filed by the following plaintiffs (which constitute all plaintiffs named in the fourth amended complaint with the exception only of Sharon D. Swisher): Edgar R. Alley, Estate of Gail A. Anderson, Estate of Gary W. Bernhardt, Tammie L. Bostwick, Terry A. Bostwick, Estate of Todd Bostwick, Wayne A. Bostwick, Keith A. Campisi, Robert H. Chard, Jack A. Clement, Linda L. Clement, Debra A. Daffinson, Letitia L. Dahl, Darlene E. Daly, Dave A. Dawson, David Deturk, Mark A. Donnell, Louise K. Elliott, David Ferwerda, Steve Fields, Estate of J. L. Gardner, Heather A. Gohde, Donald Green, Otis L. Hannah, Judith Hartenstein, James M. Hatley, William E. Heublein, William D. Hubbard, Jr., Jerry W. Jennings, Ira S. Kaufman, Robert Kinkade, Larry Krueger, Vincent Kumar, Estate of Lon Larson, Robert A. Lee, Thomas J. McCormick, Andrew G. McIntyre, Charlotte L. McIntyre, Michael F. Mello, Connie A. Mello, Estate of Phil Mielcarek, Johnny W. Millard, Donna J. Millard, Sorin Nickolescu, Vytautas Pileika, Peter Pischke, Jeffrey J. Pittman, Larry C. Pittman, James G. Rheinlaender, Larry Rheinlaender, David L. Rogers, Gail L. Rogers, Delbert E. Rohn, Mary R. Schanock, Jonathan Shein, Peter C. Shein, Geraldine M. Stanfill, Beverly Stoccketti, Estate of D. H. Stokes, Evelyn Stukenholtz, Greg Thiessen, Merton R. Troyer, Karen R. Waibel, James Walters, and OPM Accounting Services, Lamar Cable, General Trust Manager, is before the Honorable A. Howard Matz, United States District Court Judge. The court having considered all papers filed regarding the motion, the court being advised of the matter and good cause appearing therefor: |

IT IS HEREBY ORDERED:

The motion to dismiss the action filed by the following plaintiffs (which constitute all plaintiffs named in the fourth amended complaint with the exception only of Sharon D. Swisher): Edgar R. Alley, Estate of Gail A. Anderson, Estate of Gary W. Bernhardt, Tammie L. Bostwick, Terry A. Bostwick, Estate of Todd Bostwick, Wayne A. Bostwick, Keith A. Campisi, Robert H. Chard, Jack A. Clement, Linda L. Clement, Debra A. Daffinson, Letitia L. Dahl, Darlene E. Daly, Dave A. Dawson, David Deturk, Mark A.

---

**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE**

1  Donnell, Louise K. Elliott, David Ferwerda, Steve Fields, Estate of J. L. Gardner,
2  Heather A. Gohde, Donald Green, Otis L. Hannah, Judith Hartenstein, James M. Hatley,
3  William E. Heublein, William D. Hubbard, Jr., Jerry W. Jennings, Ira S. Kaufman,
4  Robert Kinkade, Larry Krueger, Vincent Kumar, Estate of Lon Larson, Robert A. Lee,
5  Thomas J. McCormick, Andrew G. McIntyre, Charlotte L. McIntyre, Michael F. Mello,
6  Connie A. Mello, Estate of Phil Mielcarek, Johnny W. Millard, Donna J. Millard, Sorin
7  Nickolescu, Vytautas Pileika, Peter Pischke, Jeffrey J. Pittman, Larry C. Pittman, James
8  G. Rheinlaender, Larry Rheinlaender, David L. Rogers, Gail L. Rogers, Delbert E. Rohn,
9  Mary R. Schanock, Jonathan Shein, Peter C. Shein, Geraldine M. Stanfill, Beverly
10 Stoccketti, Estate of D. H. Stokes, Evelyn Stukenholtz, Greg Thiessen, Merton R. Troyer,
11 Karen R. Waibel, James Walters, and OPM Accounting Services, Lamar Cable, General
12 Trust Manager, is granted and the action is dismissed without prejudice, all parties to
13 bear their own costs and attorneys' fees.

15 Dated:  May 16, 2008                    _____

16 **Make JS-6**                            Honorable A. Howard Matz
                                           United States District Court Judge

---

**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE**